IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRIAN ALKINS | * | |
| DIANE ALKINS | | |
| MATTHEW C. ALKINS | * | |
| SUZANNE M. ALKINS | | |
| ANDREW M. ALKINS | * | |
| DAVID L. MASON | | |
| ELEANOR L. MASON | * | |
| ANDREW MASON, | | |
| | * | |
| Plaintiffs, | | |
| | * | |
| v. | | Civil Action No. WMN-00-562 |
| | * | |
| ALLIEDSIGNAL/HONEYWELL | | |
| INTERNATIONAL INC. | * | |
| | | |
| and | * | |
| | | |
| ALLIEDSIGNAL RETIREE | * | |
| MEDICAL PLAN, | | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

Defendants AlliedSignal Inc./Honeywell and AlliedSignal Retiree Medical Plan, by their undersigned attorney, hereby move for an extension of time to answer or otherwise respond to the Complaint to and including July 24, 2000. Counsel for the Plaintiffs has no objection to this request for an extension of time to respond to the Complaint.





## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this  6  day of July, 2000, a copy of Defendant's Motion for Extension of Time and proposed Order was mailed, first class mail, postage prepaid, to:

> Richard P. Neuworth
> Stephen B. Lebau
> Anna L. Jefferson
> Lebau & Neuworth, LLC
> 210 N. Charles Street – Suite 1500
> Baltimore, MD  21201
>
> Attorneys for Plaintiffs

_____
Stanley Mazaroff

          Respectfully submitted,

          _____
          Stanley Mazaroff
          Federal Bar No. 00507
          Venable, Baetjer and Howard, LLP
          1800 Mercantile Bank and Trust Bldg.
          Two Hopkins Plaza
          Baltimore, Maryland  21201-2978
          (410) 244-7650

          Attorneys for Defendant,
          AlliedSignal/Honeywell International Inc.
          and AlliedSignal Retiree Medical Plan


SO ORDERED this _____10th_____ day of July, 2000.

          _____
          U.S. District Court Judge

-2-

BA2\135106