UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE**

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 17  P 3:58

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(301) 962-9810
FTS 922-9810**

August 17, 2000

To all Counsel

RE:  Mason, et al. v. Allied Signal/Honeywell Int'l, Inc., et al.
     Civil Action No. WMN-00-562

Dear Counsel:

The Court is in receipt of the parties' joint status report, dated August 7, 2000. Therein, the parties make several separate and individual requests for extensions.

With respect to the parties' joint request for an extension of time until August 21, 2000 to decide whether or not to schedule an early settlement conference, their request will be granted. Similarly, the Court grants the parties' request for forty hours of deposition time.

Plaintiffs have asked the Court to extend the deadline for naming additional parties until September 30, 2000, because they are awaiting Defendants' written responses to discovery. Defendants object to this request, asserting that their responses will be provided to Plaintiffs prior to September 7, 2000, and Plaintiffs will therefore be able to satisfy the present deadline. The Court will extend the deadline for moving for joinder of additional parties until September 18, 2000.

Defendants have requested that the Court schedule a time for Plaintiffs to file a motion for class certification by October 1, 2000, and for Defendant to file any opposition thereto by November 2000. Plaintiffs disagree with the proposed deadline and request that the deadline for filing a motion for class certification be set for December 1, 2000, and for Defendants to respond by January 2, 2001. Plaintiffs shall have until November 1, 2000 in which to

1



file this motion and Defendants shall have until December 1, 2000 to respond.

As to the parties' request regarding lifting of the time limit if the action is certified as a class action, and Defendants' request for an additional 120 days in which to conduct discovery in such an event, the Court will deny without prejudice these requests. Should the action be certified as a class action, the parties may present their discovery related requests at that time.

Although this letter is informal in nature, it is an order of the Court and shall be docketed as such.

Sincerely,

William M. Nickerson
United States District Judge

cc: Court file