IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP 29  A 10: 49

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

**David L. Mason et.al.**           *
    **PLAINTIFFS**            *
                         *

v.                                  *     Civil Action No: WMN-00-562
                         *

**Honeywell International**         *
**Inc. et.al.**                     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Now, it is this 29th day of September, 2000, ORDERED, ADJUDGED AND DECREED:

Plaintiff's Motion for Leave to file a Second Amended Complaint is granted.

                                          _/s/_____
                                          U.S. DISTRICT JUDGE

