IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRIAN ALKINS<br>DIANE ALKINS<br>MATTHEW C. ALKINS<br>SUZANNE M. ALKINS<br>ANDREW M. ALKINS<br>DAVID L. MASON<br>ELEANOR L. MASON<br>ANDREW MASON,<br><br>      Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERATIONAL<br>  INC.<br><br>and<br><br>ALLIEDSIGNAL RETIREE<br>  MEDICAL PLAN,<br><br>ALLIEDSIGNAL SALARIED<br>  EMPLOYEES PENSION PLAN<br><br>RAYTHEON ELECTRO SPACE<br>  SYSTEMS INC.<br><br>      Defendants. | *<br>*<br>*<br><br>*<br>*JUDGE WILLIAM M. NICKERSON<br>  Civil Action No. WMN-00-562<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR EXTENSION OF TIME**

Defendants Honeywell International Inc., AlliedSignal Retiree Medical Plan and AlliedSignal Salaried Employees Pension Plan (AlliedSignal Defendants), by their undersigned attorney, hereby request a one week extension to respond to plaintiff David Mason's motion to compel. This extension is being requested in order to give the parties the opportunity to exchange certain information and to

attempt agree to a protective order with respect to other information. Opposing counsel have agreed to this request for an extension. If this extension is granted the AlliedSignal Defendants' response will be due on November 3, 2000.

                        Respectfully submitted,

                        Stanley Mazaroff
                        Federal Bar No. 00507
                        Venable, Baetjer and Howard, LLP
                        1800 Mercantile Bank and Trust Bldg.
                        Two Hopkins Plaza
                        Baltimore, Maryland  21201-2978
                        (410) 244-7650

                        Attorneys for Defendant,
                        AlliedSignal/Honeywell International Inc.
                        and AlliedSignal Retiree Medical Plan

SO ORDERED this ___30th___ day of October, 2000.

                        U.S. District Court Judge

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27 day of October, 2000, a copy of Defendant's Motion for Extension of Time and proposed Order was mailed, first class mail, postage prepaid, to:

>Richard P. Neuworth
>Stephen B. Lebau
>Anna L. Jefferson
>Lebau & Neuworth, LLC
>210 N. Charles Street – Suite 1500
>Baltimore, MD  21201
>
>Attorneys for Plaintiffs

_____
Stanley Mazaroff

247909