IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 NOV 14 P 2:54

AT BALTIMORE
_____ DEPUTY

| | |
|---|---|
| BRIAN ALKINS, <br> DIANE ALKINS, <br> MATTHEW C. ALKINS, <br> SUZANNE M. ALKINS, <br> ANDREW M. ALKINS, <br> DAVID L. MASON, <br> ELEANOR L. MASON, and <br> ANDREW MASON, <br><br> Plaintiffs, <br><br> v. <br><br> HONEYWELL INTERNATIONAL INC. <br><br> and <br><br> ALLIEDSIGNAL RETIREE MEDICAL PLAN, <br><br> ALLIEDSIGNAL SALARIED EMPLOYEES PENSION PLAN <br><br> and <br><br> RAYTHEON ELECTRO SPACE SYSTEMS INC. <br><br> Defendants. | Civil Action No. WMN-00-562 |

* * * * * * * * * * * *

**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS HONEYWELL INTERNATIONAL, INC., ALLIEDSIGNAL RETIREE MEDICAL PLAN, AND ALLIEDSIGNAL SALARIED EMPLOYEES PENSION PLAN REGARDING PLAINTIFFS' WITHDRAWAL OF MOTION TO COMPEL, DEFENDANTS' WITHDRAWAL OF OPPOSITION TO MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES AND DEFENDANTS' WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER**

1-PH/13 9845.1

APPROVED   14th day
of November, 00
[signature] WMNickerson

The parties hereby stipulate and agree, through their undersigned counsel, to the following:

1. Plaintiffs withdraw their Motion to Compel, which was filed on October 13, 2000 and currently is pending before the Court;

2. Defendants withdraw their opposition to Plaintiff's Motion to Extend Expert Disclosure Deadlines; and

3. Defendants withdraw their Motion for Protective Order.

_____
RICHARD P. NEUWORTH
Lebau & Neuworth, LLC
606 Baltimore Avenue - Suite 201
Baltimore, Maryland 21204
(410) 296-3030

_____
STANLEY A. MAZAROFF
Federal Bar No. 00507
MARTHA JO WAGNER
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank and Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201-2978
(410) 244-7650

Attorneys for Plaintiffs

Attorneys for Defendants
Honeywell International Inc.,
AlliedSignal Retiree Medical Plan, and
AlliedSignal Salaried Employees Pension Plan