FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND    2000 NOV 14  P 2: 54
(Northern Division)

AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| BRIAN ALKINS, | * | |
| DIANE ALKINS, | | |
| MATTHEW C. ALKINS, | * | |
| SUZANNE M. ALKINS, | | |
| ANDREW M. ALKINS, | * | |
| DAVID L. MASON, | | |
| ELEANOR L. MASON, and | * | |
| ANDREW MASON, | | |
| | * | |
| Plaintiffs, | | |
| | * | |
| v. | | Civil Action No. WMN-00-562 |
| | * | |
| HONEYWELL INTERNATIONAL | | |
| INC | * | |
| | | |
| and | * | |
| | | |
| ALLIEDSIGNAL RETIREE | * | |
| MEDICAL PLAN, | | |
| | * | |
| ALLIEDSIGNAL SALARIED | | |
| EMPLOYEES PENSION PLAN | * | |
| | | |
| and | * | |
| | | |
| RAYTHEON ELECTRO SPACE | * | |
| SYSTEMS INC. | | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

HAVING CONSIDERED the Joint Motion to Extend Discovery and Modify the Court's Scheduling Order and Amended Scheduling Order, it is by this Court the ___14th___ day of ___November___ 2000;

ORDERED that the Joint Motion shall be, and the same hereby is, GRANTED; and it is further

ORDERED, that the discovery is extended and the Court's Scheduling Order and Amended Scheduling Order are modified as follows:

| | |
|---|---|
| Plaintiffs' Rule 26(a)(2) disclosures re: experts | November 6, 2000 |
| Defendants' Rule 26(a)(2) disclosures re: experts | December 7, 2000 |
| Plaintiffs' rebuttal Rule 26(a)(2) Disclosures re: experts | December 21, 2000 |
| Rule 26(e)(2) supplementation of disclosures and responses | January 12, 2001 |
| Defendants' Response to Plaintiffs' Motion for Class Certification | January 19, 2001 |
| Plaintiffs' Reply to Defendants' Response to Motion for Class Certification | February 19, 2001 |
| Discovery Deadline | March 6, 2001 |
| Requests for admission | March 13, 2001 |
| Dispositive pretrial motions | April 3, 2001 |

By the Court:

_____
The Honorable William M. Nickerson
United States District Court Judge