IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

BRIAN ALKINS, et al., \*
    Plaintiffs,
                           \*

v.                        Civil Action Number WMN-00-562
                           \*

HONEYWELL INTERNATIONAL,
    INC., et al.,                \*
    Defendants.
                          \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consideration of Stanley Mazaroff, Esquire's Motion for Admission *Pro Hac Vice* of Thomas H. McDonough, IT IS HEREBY ORDERED that said:

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

__11/29/00__                                  _____
Dated                                          William M. Nickerson
                                                 Judge, U.S. District Court

1-PH:1306911.1