IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

BRIAN ALKINS, et al.,
    Plaintiffs,

v.                        Civil Action Number WMN-00-562

HONEYWELL INTERNATIONAL
  INC., et al.,
    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Stanley Mazaroff, Esquire's Motion for Admission *Pro Hac Vice* of William J. Delany, IT IS HEREBY ORDERED that said:

Motion   ✓   GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

____11/29/00____                        _____
Dated                                    William M. Nickerson
                                          Judge, U.S. District Court