IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

BRIAN ALKINS, et al.,                          *
      Plaintiffs,

                                *

      v.                                    Civil Action Number WMN-00-562

                                *

HONEYWELL INTERNATIONAL,
      INC., et al.,                          *
           Defendants.

                                *

*    *    *    *    *    *    *    *    *    *    *    *

## ORDER

      Upon consideration of Stanley Mazaroff, Esquire's Motion for Admission *Pro Hac Vice*

of Michael L. Banks, IT IS HEREBY ORDERED that said:

Motion ___✔___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED


___11/29/00_____
Dated

_William M. Nickerson_____
William M. Nickerson
Judge, U.S. District Court

1-PH 1306927.2