IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

BRIAN ALKINS, et al.                  *

               Plaintiffs,          *

                 v.            *          Civil Action No. WMN-00-562

HONEYWELL INTERNATIONAL          *
  INC., et al.                        *

              Defendants.          *
*    *    *    *    *    *    *    *    *    *    *

## ORDER

Upon consideration of Stanley Mazaroff, Esquire's Motion for Admission *Pro Hac Vice* of Mark

S. Dichter, IT IS HEREBY ORDERED that said:

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

__11/29/00__
Dated

_William M. Nickerson_
William M. Nickerson
Judge, U.S. District Court