IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| BRIAN ALKINS,<br>DIANE ALKINS,<br>MATTHEW C. ALKINS,<br>SUZANNE M. ALKINS,<br>ANDREW M. ALKINS,<br>DAVID L. MASON,<br>ELEANOR L. MASON, and<br>ANDREW MASON, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN-00-562 |
| HONEYWELL INTERNATIONAL INC. | * | |
| and | * | |
| ALLIEDSIGNAL RETIREE MEDICAL PLAN, | * | |
| ALLIEDSIGNAL SALARIED EMPLOYEES PENSION PLAN | * | |
| and | * | |
| RAYTHEON COMPANIES | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION FOR EXTENSION OF TIME**

Plaintiffs' counsel has orally agreed to a twenty day extension of time for Honeywell International, Inc. ("Defendant") to repond to Plaintiffs' Motion for Partial Summary Judgment.

"APPROVED    4th DAY
1-Ph:1328361.1   OF January 01
_[signature]_
UNITED STATES DISTRICT JUDGE



Pursuant to the Stipulation, Defendant shall respond to Plaintiffs' Motion for Partial Summary Judgment on or before January 26, 2001.

_____
Mark S. Dichter
Michael L. Banks
William J. Delany
Thomas H. McDonough
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5291/5387/5066/5960
Facsimile: (215) 963-5299

Stanley Mazaroff (Federal Bar No. 00507)
Martha Jo Wagner
VENABLE, BAETJER & HOWARD, LLP
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201-2978
Phone: (410) 244-7400

Attorneys for Defendants
Honeywell International, Inc., AlliedSignal
Retiree Medical Plan, and AlliedSignal
Salaried Employees Pension Plan.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Stipulation for Extension of Time has been furnished by U.S. Mail this 29th day of December, 2000, to the following:

> Richard P. Neuworth
> Stephen B. Lebau
> Anna L. Jefferson
> Lebau & Neuworth, LLC
> 606 Baltimore Avenue
> Suite 201
> Baltimore, MD 21204
>
> Attorneys for Plaintiffs

William J. Delany

1-PH:1328361.1

1701 Market Street

Philadelphia, PA 19103-2921

215-963-5000

Fax: 215-963-5299



**William J. Delany**
215.963.5066
wdelany@morganlewis.com

December 29, 2000

**VIA FEDERAL EXPRESS**

Ms. Shirley Frank
Clerk's Office
United States District Court for the District of Maryland
United States Courthouse/4th Floor
101 West Lombard Street
Baltimore, MD  21201

Re: **Mason, et al. v. Honeywell International, Inc., et al.;**
**Civil Action No. WMN-00-562**

Dear Ms. Frank:

Enclosed for filing please find an original and two copies of the Stipulation for Extension of Time. Kindly return to me a time-stamped copy of the Stipulation in the enclosed self-addressed stamped envelope. Should you have any questions or concerns, please do not hesitate to contact me.

Respectfully,

William J. Delany

WJD/bhs
Enclosures
cc:   Richard P. Neuworth, Esquire (w/enclosure)

Philadelphia   Washington   New York   Los Angeles   Miami   Harrisburg   Pittsburgh   Princeton
London   Brussels   Frankfurt   Tokyo