IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID C. MASON, et al.        *

    Plaintiffs        *

v.        *   Civil Action No.: WMN-00-562

HONEYWELL INTERNATIONAL, INC.,   *

    Defendants        *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**STIPULATED EXTENSION FOR DEFENDANT RAYTHEON COMPANY
TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

Subject to the Court's approval, the parties hereby stipulate, this 4th day of January, 2001, in accordance with a verbal agreement reached December 21, 2000, that Defendant Raytheon Company shall have an extension, through and including February 1, 2001, to respond to Plaintiffs' Third Amended Complaint.

Respectfully submitted,

_____
Richard Neuworth
Stephen B. Lebau
Lebau & Neuworth, LLC
606 Baltimore Avenue, Suite 201
Towson, Maryland 21204
(410) 296-3030
*Counsel for Plaintiffs*

_____
Jeffrey P. Ayres
Bar No.: 00492
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, Maryland 21285-5517
(410) 494-6200

_____
Martha Jo Wagner
Venable, Baetjer, Howard and Civiletti, LLP
1201 New York Avenue, N.W., Suite 100
Washington, D.C. 20005-3917
(202) 962-8300
*Counsel for Defendant Raytheon Company*

SO ORDERED: _____  1/4/01
            U.S. District Judge        Date

TO1DOCS1/#110197 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of **January**, **2001**, a copy of the foregoing **STIPULATED EXTENSION FOR DEFENDANT RAYTHEON COMPANY TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT** was mailed to:

>Will Delany, Esquire
>Morgan, Lewis and Bockius
>1701 Market Street
>Philadelphia, Pennsylvania  19103-2901

_____
JEFFREY P. AYRES