UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| DAVID L. MASON, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC., *et al.*,<br><br>Defendants. | Civil Action No. WMN-00562 |

### ORDER

Having considered the parties' Joint Motions to Extend Time, it is, for good cause shown, this **26th** day of January 2001:

ORDERED that the Joint Motions be, and the same hereby are, GRANTED; and it is further

ORDERED that the date by which defendants shall file their Response to plaintiffs' Motion for Partial Summary Judgment as to Liability and Damages on the Reporting and Disclosure Claims be, and the same hereby is, EXTENDED to January 31, 2001; and it is further

ORDERED that the date by which defendants shall file their Response to plaintiffs' Motion for Partial Summary Judgment as to Liability on the COBRA Claims be, and the same hereby is, EXTENDED to January 31, 2001.

_____
United States District Judge