IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID L. MASON, et al.,     *

    Plaintiffs,     *

v.     *    Civil Action No. WMN-00-562

ALLIED SIGNAL / HONEYWELL     *
INTERNATIONAL, INC., et al.,
                               *

    Defendants.
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 101.2.b, Stanley Mazaroff and Martha Jo Wagner hereby request leave of court to withdraw as counsel for Defendants Honeywell International Inc., AlliedSignal Retiree Medical Plan and AlliedSignal Salaried Employees Pension Plan (collectively, the Honeywell Defendants). In this connection, Mr. Mazaroff and Ms. Wagner state that:

    1.    Other counsel have entered their appearance on behalf of the Honeywell Defendants; and

    2.    At least five days prior hereto, written notice was served on the Honeywell Defendants advising them of counsel's proposed withdrawal and their need to find other counsel.

-2-

        Respectfully submitted,

_[signature]_
Martha Jo Wagner
Stanley Mazaroff
Federal Bar No. 00507
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank and Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201-2978
(410) 244-7650

Attorneys for Defendants,
Defendants Honeywell International Inc.,
AlliedSignal Retiree Medical Plan,
AlliedSignal Salaried Employees Pension
Plan, and Raytheon Companies

SO ORDERED, this 30th day of January, 2001.

_[signature]_
United States District Court Judge

cc:    All Counsel of Record

BA2\146168

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___29___ day of January, 2001, a copy of Defendants' Motion to Withdraw Appearance of Counsel was mailed, first class mail, postage prepaid, to:

>Richard P. Neuworth
>Stephen B. Lebau
>Anna L. Jefferson
>Lebau & Neuworth, LLC
>606 Baltimore Avenue - Suite 201
>Baltimore, MD 21204
>
>Attorneys for Plaintiffs
>
>
>Mark S. Dichter
>Michael L. Banks
>William J. Delany
>Thomas H. McDonough
>Morgan, Lewis & Bockius, LLP
>1701 Market Street
>Philadelphia, PA 19103
>
>Russell H. Gardner
>Piper, Marbury, Rudnick & Wolfe LLP
>6225 Smith Avenue
>Baltimore, MD 21209
>
>Attorneys for Defendants

_____
Stanley Mazaroff