IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| David L. Mason, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.:WMN-00-562 |
| Honeywell International, Inc., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SUBSTITUTION OF COUNSEL

Please withdraw the appearance of the following counsel on behalf of defendant

Raytheon Company:

    Jeffrey P. Ayres
    Martha Jo Wagner
    Venable, Baetjer & Howard, LLP
    210 Allegheny Avenue
    P.O. Box 5517
    Towson, Maryland 21204
    410-494-6200

Please enter the appearance of the following counsel on behalf of defendant,

Raytheon Company:

    Jerrold A. Thrope
    Trial Bar No.:01376
    Charles R. Bacharach
    Trial Bar No.: 06751
    Gordon, Feinblatt, Rothman,
    Hoffberger & Hollander, LLC
    233 East Redwood Street
    Baltimore, Maryland 21202
    410/576-4295

APPROVED
February 01    2nd
[signature]

_____Jeffrey P. Ayres_____
Jeffrey P. Ayres
Venable, Baetjer & Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, Maryland 21204
410-494-6200

_____/s/_____
Jerrold A. Thrope
Trial Bar No. :01376
Charles R. Bacharach
Trial Bar No. 06751
Gordon, Feinblatt, Rothman,
   Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
410-576-4295

SO ORDERED:     February ____, 2001

_____
William M. Nickerson
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February, 2001, a copy of the foregoing Substitution of Counsel was mailed, first-class, postage prepaid, to Richard P. Neuworth, Esquire, Lebau & Neuworth, LLC, 606 Baltimore Avenue, Suite 201, Baltimore, Maryland 21204; William J. Delany, Esquire, Morgan, Lewis & Bockius, LLP, 1701 Market Street, Philadelphia, Pennsylvania 19108-2921; and Russell H. Gardner, Esquire, Piper, Marbury, Rudnick & Wolfe, LLP, 6225 Smith Avenue, Baltimore, Maryland 21209.

_____
Charles R. Bacharach