IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| David L. Mason, et al. | * | |
| Plaintiffs, | * | |
| vs. | * | Civil Action No.: WMN-00-562 |
| Honeywell International, Inc., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATED EXTENSION FOR RAYTHEON COMPANY TO RESPOND TO PLAINTIFFS' COMPLAINT**

1. Pursuant to the stipulation approved by the Court on January 4, 2001, Defendant Raytheon Company ("Raytheon") had through February 1, 2001 to respond to Plaintiff's Third Amended Complaint.

2. In the interim, Plaintiffs have filed a Fourth Amended Complaint. Defendant Raytheon has agreed that it will not object to Plaintiffs' motion to file their Fourth Amended Complaint.

3. Plaintiffs have agreed that Raytheon need not answer the Third Amended Complaint at this point. Instead, Plaintiffs and Raytheon have agreed that Raytheon will either answer the Third Amended Complaint or the Fourth Amended Complaint, whichever is appropriate, within thirty days after the Court rules on Plaintiffs' motion to amend.



Respectfully submitted

_____  
Richard P. Neuworth  
Stephen B. Lebau  
Lebau & Neworth, LLC  
606 Baltimore Avenue, Suite 201  
Towson, Maryland 21204  
(410)296-3030  

Counsel for Plaintiffs

_____  
Jerrold A. Thrope  
Trial Bar No. 01376  
Charles R. Bacharach  
Trial Bar No.06751  
Gordon, Feinblatt, Rothman,  
  Hoffberger & Hollander, LLC  
233 East Redwood Street  
Baltimore, Maryland 21202  
(410)576-4295  

Counsel for Raytheon Company

SO ORDERED: February __8__, 2001

_____  
William N. Nickerson  
United States District Judge

PLD0554-L538-031



# GORDON·FEINBLATT
ROTHMAN, HOFFBERGER & HOLLANDER, LLC

**CHARLES R. BACHARACH**
410.576.4169
FAX 410.576.4246
cbacharach@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

February 7, 2001



**VIA HAND DELIVERY**

Clerk of the Court
United States District Court for the District of Maryland
Northern Division
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re: David L. Mason, et al. v. Honeywell International, Inc., et al.
          Civil Action No.: WMN-00-562

Dear Clerk:

    Enclosed for filing please find an original and one copy of Stipulated Extension for Raytheon Company to Respond to Plaintiff's Complaint

    Also, enclosed is a copy which you should date-stamp and return to our waiting messenger.

    Thank you for your assistance in this matter.

                Very truly yours,

                Charles R. Bacharach

CRB/gh

Enclosures

cc: Richard P. Neuworth, Esq.
    William J. Delany. Esq.
    Russell H. Gardner. Esq.

Letter to Court Clerk
1/16/2001