FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 FEB 12  P 4:43

CLERK'S OFFICE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| BRIAN ALKINS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HONEYWELL INTERNATIONAL INC., et al., <br><br> Defendants. | Civil Action No. WMN-00-562 |

## JOINT STIPULATION FOR EXTENSION OF TIME

Counsel for Defendants Honeywell International Inc., AlliedSignal Retiree Medical Plan, and AlliedSignal Salaried Employees Pension Plan (collectively the "Honeywell Defendants") agree to an extension of time for Plaintiffs to respond to the Honeywell Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment as to Liability and Damages on the Reporting and Disclosure Act Claims, the Honeywell Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment as to Liability on the COBRA Claims, and the Honeywell Defendants' Cross-Motion for Partial Summary Judgment as to Counts One and Seven of the Complaint. Pursuant to this agreement, Plaintiffs shall respond to the above-referenced pleadings on or before March 23, 2001.

APPROVED THIS 13th DAY
OF February, 2001

_____
UNITED STATES DISTRICT JUDGE

Counsel for Plaintiffs have agreed to an extension of time for Honeywell Defendants to respond to Plaintiffs' Motion for Leave to File Fourth Amended Complaint. Pursuant to the agreement between counsel, Honeywell Defendants shall respond to Plaintiffs' Motion on or before March 6, 2001.

| | |
|---|---|
| /s/ Richard P. Neuworth | Respectfully submitted, /s/ Paul Mallos |
| Richard P. Neuworth<br>LEBAU & NEUWORTH, LLC<br>606 Baltimore Avenue<br>Suite 201<br>Baltimore, Maryland 21204<br>(410) 296-3030<br><br>Attorneys for Plaintiffs | Russell Gardner (Federal Bar No. 40)<br>Paul Mallos (Federal Bar No. 25528)<br>PIPER MARBURY RUDNICK & WOLFE LLP<br>6225 Smith Avenue<br>Baltimore, Maryland 21209-3600<br>(410) 580-4154<br><br>Mark S. Dichter (PA Bar No. 04399)<br>Michael L. Banks (PA Bar No. 35052)<br>William J. Delany (PA Bar No. 74864)<br>Thomas H. McDonough (PA Bar No. 83032)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, Pennsylvania 19103-2921<br>(215) 963-5291/5387/5066/5960<br><br>Attorneys for Defendants<br>Honeywell International Inc.,<br>AlliedSignal Retiree Medical Plan, and<br>AlliedSignal Salaried Employees Pension Plan |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Joint Stipulation for Extension of Time was served via U.S. Mail, first class, postage pre-paid, this 12th day of February, 2001, to the following:

>Charles R. Bacharach, Esquire
>Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
>233 East Redwood Street
>Baltimore, Maryland 21202

>Attorneys for Raytheon Corporation

Paul A. Mallos