IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID L. MASON, et al.          :

v.                              :     CIVIL ACTION NO. WMN-00-562

ALLIED SIGNAL/HONEYWELL         :
INTERNATIONAL INC., et al.

## O R D E R

Upon consideration of the Report and Recommendation of United States Magistrate Judge Beth P. Gesner entered February 1, 2001, and no objections having been filed, IT IS, this 26th day of February, 2001, by the United States District Court for the District of Maryland,

ORDERED:

1. That the Report and Recommendation is hereby AFFIRMED and ADOPTED;

2. That Plaintiffs' Motion for Class Certification of Counts I through IV and Count VII of the Complaint (Paper No. 17) is GRANTED;

3. That, within 10 days of the date of this Order, the parties shall submit to the court a jointly proposed Class Certification Order consistent with the Manual for Complex Litigation (Third) §41.41 (1995); and

4. That the Clerk of Court shall mail or transmit copies of this Order to counsel.

_____
William M. Nickerson
United States District Judge