# LEBAU & NEUWORTH, LLC

### ATTORNEYS AT LAW
606 BALTIMORE AVENUE - SUITE 210
BALTIMORE, MARYLAND 21204

TEL. 410.296.3030
Fax. 410.296.8660

Stephen B. Lebau
Richard P. Nueworth
Anna L. Jefferson
Mary Ann Ryan, of Counsel

Baltimore City
301 North Charles - Suite 900
Towson, Maryland 21201
Tel. 410.296.3030

Prince George's County
906 Montgomery Street
Laurel, Maryland 20707
Tel. 410.296.3030

March 2, 2001

BY FACSIMILE AND REGULAR MAIL
The Honorable William Nickerson
United States District Court for the
District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201



RE: Mason et.al. v Honeywell Int. Inc.
Case Number WMN-00-562

Dear Judge Nickerson:

    This letter concerns the Class Certification Order that is currently due on March 12, 2001. I am requesting that the parties be permitted to submit the joint Order on March 19, 2001.

    The parties have been diligently working on the Order even before you signed the Order. Unfortunately, the parties have not completed discussions on an agreed Order. I will be out of town from March 5, 2001 until March 13, 2001 on a personal matter and it will be difficult to complete the Order by March 12, 2001.

    Counsel for both Raytheon and Honeywell have advised me that they do not object to the Order being submitted on March 19, 2001.

    Please contact all counsel if you have further questions.

Very truly yours,

Richard P. Neuworth

Cc: Will Delany, Esq. – counsel for Honeywell
    Charles Bacharach, Esq. – counsel for Raytheon

APPROVED THIS 5th DAY OF March, 2001
UNITED STATES DISTRICT JUDGE