___FILED  ___ENTERED
___LODGED ___RECEIVED

MAR 6 - 2001

AT _____
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| DAVID L. MASON, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br>*et al.*,<br><br>Defendants. | Civil Action No. WMN-00562 |

## ORDER

Having considered the Motion to Extend Time of Honeywell International, Inc., AlliedSignal Retiree Medical Benefit Plan and Alliedsignal Salaried Employees Pension Plan (collectively "Honeywell"), and noting that plaintiffs do not oppose this Motion, it is, for good cause shown, this ___6th___ day of March 2001:

ORDERED that Honeywell's Motion be, and the same hereby is, GRANTED; and it is further

ORDERED that the date by which Honeywell shall file its Response to plaintiffs' Motion for Leave to File Fourth Amended Complaint be, and the same hereby is, EXTENDED to March 9, 2001.

_____
United States District Judge

