MAR 6 - 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| DAVID L. MASON, *et al.*<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br>*et al.*,<br><br>　　　　Defendants. | Civil Action No. WMN-00562 |

## ORDER

Having considered the Motion to Extend Time of Honeywell International, Inc., AlliedSignal Retiree Medical Benefit Plan and Alliedsignal Salaried Employees Pension Plan (collectively "Honeywell"), and noting that the Raytheon Company ("Raytheon") does not oppose this Motion, it is, for good cause shown, this ___6th___ day of March 2001:

ORDERED that Honeywell's Motion be, and the same hereby is, GRANTED; and it is further

ORDERED that the date by which Honeywell shall file its Response to Raytheon's Memorandum of Points and Authorities Concerning the Liability of Raytheon for Plaintiffs' COBRA Claims be, and the same hereby is, EXTENDED to March 9, 2001.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge