# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (NORTHERN DIVISION)

**David L. Mason et.al.**
Plaintiffs                                           *

                                                     *

                                                     *

v.                                                   Civil Action No: WMN-00-562
                                                     *

**Honeywell International**
**Inc. et.al.**                                      *
        Defendants
*        *        *        *        *        *        *        *        *        *        *

## ORDER

It is this ___20th___ day of ___March___, 2001, ORDERED, ADJUDGED AND

DECREED:

Plaintiffs' Motion to Extend Time for filing a Reply Brief in support of the

Motion for Leave to File a Fourth Amended Complaint is granted:

Plaintiffs will file such brief by April 3, 2001.

_____
U.S. District Judge

