IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

**David L. Mason et.al.**
Plaintiffs                                        *

                                  *

                                  *

v.                                                Civil Action No: WMN-00-562
                                  *

**Honeywell International
Inc. et.al.**                                     *
    Defendants
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

It is this __20th__ day of __March__ 2001, ORDERED, ADJUDGED AND DECREED:

Plaintiffs' Motion to Extend Time for filing Reply Briefs and Opposition Brief on pending Motions concerning Counts 1, 5, 6 and 7 is granted:

Plaintiffs will file such briefs by April 3, 2001.

                                                        _____
                                                        U.S. District Judge

