IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| David L. Mason, et al. | * | |
| Plaintiffs, | * | |
| vs. | * | Civil Action No.: WMN-00-562 |
| Honeywell International, Inc., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant Raytheon Company's Motion for Leave to File a Memorandum of Points and Authorities Concerning the Liability of Raytheon for Plaintiffs' COBRA Claim, and the opposition thereto, if any, it is hereby:

ORDERED that the Motion be and the same hereby is GRANTED, and it is;

FURTHER ORDERED that Raytheon shall have 30 days from the date of this Order to file its Memorandum of Points and Authorities and shall file a reply to any response to its memorandum within the time set by Local Rule 105.

Dated: 3/27/2001

William M. Nickerson
United States District Judge

