FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DAVID MASON, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN-00-562 (MBG) |
| HONEYWELL INTERNATIONAL INC., et al., | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

AND NOW, this ___2nd___ day of ___April___, 2001, upon the Joint Motion of Plaintiffs, Defendant Raytheon Corporation, and the Defendants Honeywell International Inc., the AlliedSignal Retiree Medical Plan, and the AlliedSignal Salaried Employees Pension Plan (collectively, the "Honeywell Defendants"), it is hereby ORDERED that the instant Motion is GRANTED.

It is further ORDERED that the deadlines set forth in the Court's November 14, 2000 Order are extended one hundred and twenty (120) days.

By the Court:

_____
William M. Nickerson, U.S.D.J.



1-PH/1381571.2