IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID L. MASON, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN-00-562 (MBG) |
| ALLIEDSIGNAL/HONEYWELL INTERNATIONAL INC., *et al.*, | * | |
| | * | |
| Defendants. | | |

## ORDER

AND NOW, this 2nd day of April, 2001, upon consideration of Defendant Honeywell International Inc.'s Unopposed Motion for Leave to Amend its Answer to Plaintiffs' Third Amended Complaint to Assert Cross-Claims for Indemnity and Contribution Against Defendant Raytheon Company, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Defendant's Amended Answer and Cross-Claims are hereby entered on the docket as of this date.

**BY THE COURT:**

_____
William M. Nickerson, U.S.D.J.