IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

**David L. Mason et.al.**
Plaintiffs                                              *

                                                        *

                                                        *

v.                                                           Civil Action No: WMN-00-562
                                                        *

**Honeywell International**
**Inc. et.al.**                                         *
      Defendants
*     *     *     *     *     *     *     *     *     *     *

ORDER

It is this __3rd__ day of _March_, 2001, ORDERED, ADJUDGED AND DECREED:

Plaintiffs' Motion to Extend Time for filing a Reply Brief in support of the Motion for Leave to File a Fourth Amended Complaint is granted:

Plaintiffs will file the Reply Brief by April 17, 2001.

_____
U.S. District Judge

