IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID L. MASON, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. WMN-00-562 |
| ALLIEDSIGNAL/HONEYWELL INTERNATIONAL INC., *et al.*, | * |
| | * |
| Defendants. | |

## ORDER CERTIFYING CLASS

In accordance with the findings and conclusions contained in the report and recommendation of the Honorable Beth P. Gesner dated February 1, 2001 and adopted by this Court by Order dated February 26, 2001, it is, subject to alteration or amendment under Fed. R. Civ. P. 23(c), conditionally ORDERED:

1. **Class Certification.** Civil Action No. WMN-00-562, captioned <u>David L. Mason, et al. v. Honeywell International Inc., et al.</u>, shall be maintained as a class action on behalf of the following classes of plaintiffs with respect to the following claims asserted against defendants Honeywell International Inc., the AlliedSignal Retiree Medical Plan and the AlliedSignal Salaried Employees Pension Plan:

    (a) All salaried (non-union) employees who worked at AlliedSignal's Towson, Maryland facility, and their spouses and dependents, who participated in the AlliedSignal Medical Plan as of September 9, 1998 and who worked for Raytheon Corporation as of March 31, 1999, with respect to any claims for monetary relief, penalties or other relief arising out of AlliedSignal's alleged failure to provide notification of their right to purchase continued medical coverage under the AlliedSignal Medical Plan (Count I);

(b) All salaried (non-union) employees who worked at AlliedSignal's Towson, Maryland facility, and their spouses and dependents, who were eligible to participate in the AlliedSignal Retiree Medical Plan on September 9, 1998 based upon their age and AlliedSignal years of service, but who continued to work for Raytheon Corporation after December 31, 1998, with respect to any claims for monetary relief, reinstatement of medical benefits or any other relief arising out of their exclusion from the AlliedSignal Retiree Medical Plan (Counts II, III and IV); and

(c) All salaried (non-union) employees who worked at AlliedSignal's Towson, Maryland facility on September 9, 1998 and who were participants in the AlliedSignal Salaried Employees Pension Plan, with respect to any claims for pension benefits or other relief arising out of AlliedSignal's alleged failure to provide notification of a change in pension benefit accruals following the sale of the Towson facility to Raytheon (Count VII).

2. **Class Representative**. Subject to further order of the Court, Plaintiffs David Mason, Brian Alkins, Diane Alkins and Eleanor Mason are designated as class representatives with respect to class (a) above. Plaintiffs David Mason and Eleanor Mason are designated as class representatives of class (b) above. Plaintiffs David Mason and Brian Alkins are designated as class representatives of class (c) above.

3. **Class Counsel**. Subject to further order of the Court, the law firm of Lebau & Neuworth, LLC, and its attorneys Richard P. Neuworth, Esquire, Stephen B. Lebau, Esquire and Anna L. Jefferson, Esquire are designated as counsel for the class.

4. **Notice**. On or before 5/21/01, class counsel shall cause to be mailed in the name of the Clerk by first class mail, postage prepaid, to all class members who can be identified through reasonable efforts, a notice in substantially the form as Attachment A.

5. **Exclusion**. Class members may exclude themselves from the class by filing with the "Committee of Counsel" by 6/20/01, the form attached as Exhibit A or some other appropriate written indication that they request exclusion from the class. Class Counsel and William J. Delany,

Esquire are designated as a Committee of Counsel to arrange for a post office box and to receive and tabulate requests for exclusion.

6. **List of Class Members.** Class counsel will file with the Clerk by ___7/2/01___, an affidavit identifying the persons to whom notice has been mailed and who have not timely requested exclusion.

Dated: ___4/6/01___

_____
The Honorable William Nickerson