IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DAVID MASON, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN-00-562 (MBG) |
| HONEYWELL INTERNATIONAL INC., et al., | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

AND NOW, this ___16th___ day of ___April___, 2001, upon the Unopposed Motion of Defendants Honeywell International Inc., the AlliedSignal Retiree Medical Plan, and the AlliedSignal Salaried Employees Pension Plan (collectively, the "Honeywell Defendants"), it is hereby ORDERED that the instant Motion is GRANTED.

The Honeywell Defendants SHALL file on or before May 11, 2001 an omnibus reply brief to Plaintiff's Reply Memorandum in Support of their Motion for Partial Summary Judgment for Liability on COBRA Claim and Opposition to Defendants' Cross Motion for Summary Judgment on COBRA Claim and Opposition Memorandum to the Honeywell Defendants' Motion for Summary Judgment on Count VII of the Third Amended Complaint, and to Raytheon's Opposition Brief to Honeywell Defendants' Cross-Motion for Partial Summary Judgment as to Counts One and Seven.

By the Court:

_____
William M. Nickerson, U.S.D.J.

1-PH/1398903.3