IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| David L. Mason, et al. | * | |
| Plaintiffs, | * | |
| vs. | * | Civil Action No.:WMN-00-562 |
| Honeywell International, Inc., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION TO EXTEND TIME FOR RAYTHEON
TO RESPOND TO HONEYWELL'S CROSS-CLAIM**

Defendant/cross-defendant, Raytheon Company ("Raytheon"), defendant/cross-plaintiff, Honeywell International, Inc. ("Honeywell"), and plaintiffs stipulate that the time for Raytheon to file a response to Honeywell's cross-claim is extended until April 26, 2001 and for reasons state as follows:

1. On March 27, 2001, the Court granted Raytheon's motion giving it thirty (30) days to file a memorandum of points and authorities addressing the issue of Raytheon's liability for plaintiffs' COBRA claims ("the COBRA Memorandum").

2. On March 30, 2001, Honeywell filed a motion to amend its answer and affirmative defenses to plaintiffs' third-amended complaint and to add a cross-claim against Raytheon.

3.  On April 2, 2001, the Court granted Honeywell's motion to amend and to add the cross-claim. The cross-claim raises the same issues which Raytheon intended to address in the COBRA Memorandum.

4.  Pursuant to Fed. R. Civ. P. 12(a)(2) and Local Rule 103.6(a), Raytheon's response to Honeywell's cross-claim is due to be filed on April 22, 2001. Raytheon's COBRA Memorandum is due to be filed on April 26, 2001.

5.  In order to simplify briefing of the COBRA liability issues, Raytheon proposes to file only one paper addressing these issues and will do so in its response to the cross-claim, rather than in the separate COBRA Memorandum.

6.  Accordingly, the parties stipulate that Raytheon has through and until April 26, 2001 to file its response to Honeywell's cross-claim.

_____
Jerrold A. Thrope
Trial Bar No. 01376
Charles R. Bacharach
Trial Bar No. 06751
Gordon, Feinblatt, Rothman,
 Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
(410)576-4269

Counsel for Raytheon Company

_____
Paul Mallos
Russell H. Gardner (Federal Bar No. 40)
Paul Mallos (Federal Bar No. 25528)
PIPER, MARBURY, RUDNICK & WOLFE LLP
6225 Smith Avenue
Baltimore, Maryland 21201-3600
Phone (410) 580-4154
Facsimile: (410) 580-3154

Mark S. Dichter (PA Bar No. 04399)
Michael L. Banks (PA Bar No. 35052)
William J. Delany (PA Bar No. 74864)
Thomas H. McDonough (PA Bar No. 83032)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5291/5387/5066/5960
Facsimile: (215) 963-5299

Attorneys for Defendants Honeywell International, Inc., AlliedSignal Retiree Medical Plan, and AlliedSignal Salaried/Employees Pension Plan

_____
Richard P. Neuworth
Richard P. Neuworth, Esquire
Lebau & Neuworth, LLC
606 Baltimore Avenue, Suite 201
Baltimore, Maryland 21204
Phone (410) 296-3030
Facsimile: (410) 296-8660

Attorneys for Plaintiffs

SO ORDERED:

Dated: April 17th, 2001

_____
William M. Nickerson
United States District Judge

Pld stip extend resp cclaim

- 3 -