# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (NORTHERN DIVISION)

**David L. Mason et.al.**
    Plaintiffs                                 *

                                         *

                                         *

v.                                      Civil Action No: WMN-00-562
                                         *

**Honeywell International**
**Inc. et.al.**                                *
    Defendants
*     *     *     *     *     *     *     *     *     *     *

## STIPULATION CONCERNING FOURTH AMENDED COMPLAINT
## AND COUNT 9 OF THE FOURTH AMENDED COMPLAINT

Now comes, Plaintiffs David Mason et.al. and Defendant Honeywell International

Inc. who agree to the following Stipulation regarding the Fourth Amended Complaint and

Count 9 of the Fourth Amended Complaint.

1. Plaintiffs will withdraw their Motion For Leave To File The Fourth Amended Complaint.

2. Defendant Honeywell will withdraw their Opposition to Plaintiffs Motion For Leave To File The Fourth Amended Complaint And Their Motion for Sanctions.

3. Defendant Honeywell will send Certificates of Continuing Health Care Coverage pursuant to the Health Insurance Portability and Accountability Act of 1996 to Plaintiff Brian Alkins and his family and to Plaintiffs Marilyn and Maurice Wright.

4. Defendant Honeywell agrees that it will not assert the open enrollment period as a defense to the enrollment of Plaintiffs David Mason, Eleanor Mason and Andrew Mason should the Court Order that the AlliedSignal Retiree Medical Plan enroll them in the Plan as part of any relief the Court may award on Counts II, III and IV of the Third Amended Complaint.



Richard P. Neuworth
Lebau and Neuworth, LLC
606 Baltimore Avenue. #201
Baltimore, Maryland 21204
(410) 296-3030
Attorneys for Plaintiffs

Paul Mellos
Piper Marbury Rudnick & Wolfe, LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-4202

Will Delany
Morgan, Lewis and Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
(215) 963-5000
Attorneys for Defendant Honeywell Int. Inc.

Approved:

U.S. District Judge

Date:    4/23/01