IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DAVID MASON, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN-00-562 (MBG) |
| HONEYWELL INTERNATIONAL INC., et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |



**STIPULATED BRIEFING SCHEDULE**

Counsel for Plaintiffs, Defendant Raytheon Company ("Raytheon"), and Defendants Honeywell International Inc., the AlliedSignal Retiree Medical Plan, and the AlliedSignal Salaried Employees Pension Plan (collectively, the "Honeywell Defendants") hereby stipulate the parties' briefing schedule shall be extended as follows:

1. On December 20, 2000, Plaintiffs filed a Motion for Partial Summary Judgment Against Defendant Honeywell International as to Liability on the COBRA Claims.

2. On February 5, 2001, the Honeywell Defendants filed both a Memorandum of Law in Opposition to Plaintiffs' Motion and a Cross-Motion for Partial Summary Judgment as to Counts One and Seven of Plaintiffs' Third Amended Complaint.

3. On March 27, 2001, Plaintiffs filed a Reply Memorandum in Support of their Motion for Partial Summary Judgment for Liability on COBRA Claim and Opposition to Defendants' Cross Motion for Summary Judgment on COBRA Claim. On April 2, 2001, Plaintiffs also filed an Opposition

Memorandum to the Honeywell Defendants' Motion for Summary Judgment on Count VII of the Third Amended Complaint.

4. Defendant Raytheon filed on April 26, 2001 a Motion to Dismiss Honeywell International Inc.'s Cross-Claim.

5. The parties stipulate that the Honeywell Defendants will respond on or before May 25, 2001 to Plaintiffs' Memorandum in Support of their Motion for Partial Summary Judgment for Liability on COBRA Claim and Opposition to Defendants' Cross Motion for Summary Judgment on COBRA Claim, Plaintiffs' Opposition Memorandum to the Honeywell Defendants' Motion for Summary Judgment on Count VII of the Third Amended Complaint, and Defendant Raytheon's Motion to Dismiss Honeywell International Inc.'s Cross-Claim.

6. The parties further stipulate that Plaintiffs will file a sur-reply, if any, and Raytheon will file a reply brief, if any, on or before June 15, 2001.

Respectfully submitted,

*Richard Neuworth* /pm
Richard P. Neuworth
LEBAU & NEUWORTH, LLC
606 Baltimore Avenue
Suite 201
Baltimore, Maryland 21204
(410) 296-3030

Attorneys for Plaintiffs

*Paul Mallos*
Russell H. Gardner (Federal Bar No. 40)
Paul A. Mallos (Federal Bar No. 25528)
PIPER MARBURY RUDNICK & WOLFE LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-4154

Mark S. Dichter (PA Bar No. 04399)
Michael L. Banks (PA Bar No. 35052)
William J. Delany (PA Bar No. 74864)
Thomas H. McDonough (PA Bar No. 83032)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
(215) 963-5291/5387/5066/5960

Attorneys for Defendants Honeywell International Inc., AlliedSignal Retiree Medical Plan and AlliedSignal Salaried Employees Pension Plan

*Charles Bacharach* /pm
Charles R. Bacharach, Esquire
GORDON, FEINBLATT, ROTHMAN, HOFFBERGER & HOLLANDER, LLC
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4292

Attorneys for Raytheon Company

By the Court:

*William Nickerson*
William M. Nickerson, U.S.D.J.

Date: 5/7/01

1-PH/1413000.2