IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DAVID MASON, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN-00-562 (MBG) |
| HONEYWELL INTERNATIONAL INC., et al., | * | |
| | * | |
| Defendants. | * | |

## STIPULATED BRIEFING SCHEDULE

Counsel for Plaintiffs, Defendant Raytheon Company ("Raytheon"), and Defendants Honeywell International Inc., the AlliedSignal Retiree Medical Plan, and the AlliedSignal Salaried Employees Pension Plan (collectively, the "Honeywell Defendants") hereby stipulate the parties' briefing schedule shall be extended as follows:

1.  On December 20, 2000, Plaintiffs filed a Motion for Partial Summary Judgment Against Defendant Honeywell International as to Liability on the COBRA Claims.

2.  On February 5, 2001, the Honeywell Defendants filed both a Memorandum of Law in Opposition to Plaintiffs' Motion and a Cross-Motion for Partial Summary Judgment as to Counts One and Seven of Plaintiffs' Third Amended Complaint.

3.  On March 27, 2001, Plaintiffs filed a Reply Memorandum in Support of their Motion for Partial Summary Judgment for Liability on COBRA Claim and Opposition to Defendants' Cross Motion for Summary Judgment on COBRA Claim. On April 2, 2001, Plaintiffs also filed an Opposition

Memorandum to the Honeywell Defendants' Motion for Summary Judgment on Count VII of the Third Amended Complaint.

4.     Defendant Raytheon filed on April 26, 2001 a Motion to Dismiss Honeywell International Inc.'s Cross-Claim.

5.     The parties stipulate that the Honeywell Defendants will respond on or before May 31, 2001 to Plaintiffs' Memorandum in Support of their Motion for Partial Summary Judgment for Liability on COBRA Claim and Opposition to Defendants' Cross Motion for Summary Judgment on COBRA Claim, Plaintiffs' Opposition Memorandum to the Honeywell Defendants' Motion for Summary Judgment on Count VII of the Third Amended Complaint, and Defendant Raytheon's Motion to Dismiss Honeywell International Inc.'s Cross-Claim.

6.     The parties further stipulate that Plaintiffs will file a sur-reply, if any, and Raytheon will file a reply brief, if any, on or before June 20, 2001.

Respectfully submitted,

*Richard P. Neuworth /pm*
Richard P. Neuworth
LEBAU & NEUWORTH, LLC
606 Baltimore Avenue
Suite 201
Baltimore, Maryland 21204
(410) 296-3030

Attorneys for Plaintiffs

*Paul Mallos*
Russell H. Gardner (Federal Bar No. 40)
Paul A. Mallos (Federal Bar No. 25528)
PIPER MARBURY RUDNICK & WOLFE LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-4154

Mark S. Dichter (PA Bar No. 04399)
Michael L. Banks (PA Bar No. 35052)
William J. Delany (PA Bar No. 74864)
Thomas H. McDonough (PA Bar No. 83032)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
(215) 963-5291/5387/5066/5960

Attorneys for Defendants Honeywell International Inc.,
AlliedSignal Retiree Medical Plan and
AlliedSignal Salaried Employees Pension Plan

*Charles Bacharach /pm*
Charles R. Bacharach, Esquire
GORDON, FEINBLATT, ROTHMAN, HOFFBERGER & HOLLANDER, LLC
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4169

Attorneys for Raytheon Company

By the Court:

*William Nickerson*
William M. Nickerson, U.S.D.J.

Date: 5/29/01



**PIPER MARBURY RUDNICK & WOLFE LLP**

6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.piperrudnick.com

PHONE (410) 580-3000
FAX   (410) 580-3001

WRITER'S INFORMATION

paul.mallos@piperrudnick.com
PHONE (410) 580-4202
FAX   (410) 580-3202

May 25, 2001

**HAND DELIVERY**

Felicia Cannon, Clerk
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    David L. Mason, *et al.* v. Honeywell International, Inc., *et al.*
            Civil Action No. WMN-00-562 (MBG)

Dear Ms. Cannon:

    Enclosed is the original and three copies of the Stipulated Briefing Schedule for filing in the above-referenced matter. Please have the extra copy date stamped and returned to the messenger for our file.

    Thank you for your cooperation.

                                    Sincerely,

                                    Paul Mallos

PM/hs
Enclosures

cc:    Richard P. Neuworth, Esquire (w/enc.)
        Charles R. Bacharach, Esquire (w/enc.)