# LEBAU & NEUWORTH, LLC

**ATTORNEYS AT LAW**

606 BALTIMORE AVENUE - SUITE 201
BALTIMORE, MARYLAND 21204

TEL. 410.296.3030
Fax. 410.296.8660

Stephen B. Lebau
Richard P. Neuworth
Anna L. Jefferson
Mary Ann Ryan, of Counsel

Baltimore City
301 N. Charles Street - Suite 900
Baltimore, Maryland 21201
Tel. 410.296.3030

Prince George's County
379 Main Street
Laurel, Maryland 20707
Tel. 301.725.7440

May 29, 2001


RECEIVED MAY 30 2001
JUDGE WILLIAM M. NICKERSON

BY FACSIMILE AND REGULAR MAIL
The Honorable William Nickerson
United States District Court for the
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

RE: Mason et.al. v Honeywell Int. Inc.
Case Number WMN-00-562

Dear Judge Nickerson:

This letter is an update regarding the notices to class action participants in the above-captioned case.

Plaintiffs have been unable to send notices to 51 participants and their families because we have not been given their addresses. I have discussed this with counsel for Defendant Honeywell on two occasions but have not received a response as yet.

Our concern is that we will not have sufficient time to satisfy the Court's deadline of June 21, 2001 to complete the process of receiving notices back from participants that do not want to participate in the class action. Accordingly, we are asking the Court to extend the time period for the 51 participants and their families from June 21, 2001 until at least July 21, 2001.

Please advise all counsel.

Very truly yours,

Richard P. Neuworth

Cc: Will Delany, Esq. – counsel for Defendant Honeywell
    Charles Bacharach, Esq. – counsel for Defendant Raytheon

APPROVED THIS 30th DAY OF May, 2001

UNITED STATES DISTRICT JUDGE