IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DAVID MASON, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN-00-562 (MBG) |
| HONEYWELL INTERNATIONAL INC., et al., | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

AND NOW, this __7th__ day of __June__, 2001, upon the Joint Motion of Plaintiffs, Defendant Raytheon Company, and the Defendants Honeywell International Inc., the AlliedSignal Retiree Medical Plan, and the AlliedSignal Salaried Employees Pension Plan (collectively, the "Honeywell Defendants"), it is hereby ORDERED that the instant Joint Stipulation is APPROVED.

It is further ORDERED that the deadlines set forth in the Court's April 2, 2001 Order are extended ninety (90) days.

By the Court:

_____
William M. Nickerson, U.S.D.J.

FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 7 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY