IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

David L. Mason, et al.           *

               Plaintiffs,    *

vs.                              *    Civil Action No.: WMN-00-562

Honeywell International, Inc., et al.    *

               Defendants.    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION TO EXTEND TIME FOR DEFENDANT
RAYTHEON TO DISCLOSE EXPERTS**

The parties hereto agree to extend the time for defendant, Raytheon Company ("Raytheon"), to disclose experts through August 6, 2001 as say as follows:

1. Pursuant to the court's scheduling Order dated November 14, 2000, as amended by its orders dated April 2, 2001 and June 7, 2001, defendants' Rule 26(a)(2) disclosures regarding experts are due to be filed on July 5, 2001.

2. The requested extension is not for the purpose of delay and will not prejudice any of the parties hereto, or affect any other date on the Court's schedule.

3. Counsel for Raytheon has conferred with counsel for the other parties and they have consented to this request for an extension of time.



- 2 -

_____
Richard P. Neuworth
Stephen B. Lebau
Lebau & Neuworth, LLC
606 Baltimore Avenue, Suite 201
Towson, Maryland 21204
(410)296-3030

Counsel for Plaintiffs

_____
Jerrold A. Thrope
Federal Bar No. 01376
Charles R. Bacharach
Federal Bar No. 06751
Gordon, Feinblatt, Rothman,
 Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
(410)576-4295

Counsel for Raytheon Company

_____
Russell Gardner
Federal Bar No. 40
Paul A. Mallos
Federal Bar No. 25528
Piper & Marbury, LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600

So Ordered:

July 5, 2001

_____
William M. Nickerson
United States District Judge