IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

DAVID L. MASON, et al.,

   Plaintiffs,

v.          Civil Action No. WMN-00-562

HONEYWELL INTERNATIONAL
INC., et al.,

   Defendants.

# ORDER

AND NOW, this \_\_\_24th\_\_\_ day of \_\_\_July\_\_\_, 2001, upon the Joint Motion of Plaintiffs and the Defendants Honeywell International Inc., the AlliedSignal Retiree Medical Plan, and the AlliedSignal Salaried Employees Pension Plan (collectively, the "Honeywell Defendants") For Stay of Discovery, it is hereby ORDERED as follows:

1) All discovery with respect to Counts I through IV, and VII of Plaintiffs' Third Amended Complaint shall be stayed pending the Court's disposition of Plaintiffs' Motion for Partial Summary Judgment on Count I of the Third Amended Complaint and Defendants Honeywell International Inc., the AlliedSignal Salaried Employees Pension Plan and the AlliedSignal Retiree Medical Plan's Motion for Partial Summary Judgment on Counts I and VII of the Complaint.

2) The deadlines set forth in the Court's June 7, 2001 Scheduling Order are hereby extended an additional 120 from the date of the Court's Order disposing of Plaintiffs' Motion for Partial Summary Judgment on Count I of the Complaint and the

Honeywell Defendants' Motion for Partial Summary Judgment on Counts I and VII of the Third Amended Complaint.

3) The Court shall schedule a conference upon determination of the pending motions for partial summary judgment to address scheduling and other procedural matters outstanding in the lawsuit.

By the Court:

_____
William M. Nickerson, U.S.D.J.