IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MASON, et. al. | : | |
| | : | |
| v. | : | Civil Action WMN-00-562 |
| | : | |
| HONEYWELL INTERNATIONAL INC, et. al. | : | |

*****************************************************************

| | | |
|---|---|---|
| EMALA, et. al. | : | |
| | : | |
| i. | : | Civil Action WMN-00-2749 |
| | : | |
| HONEYWELL INTERNATIONAL INC, et. al. | : | |

### ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 26th day of September, 2001, by the United States District Court for the District of Maryland, hereby ORDERED:

    A.    That in Civil Action WMN-00-562:

        1.    Plaintiffs' Motion for Partial Summary Judgment as to Count One (Paper No. 48) is hereby DENIED;

        2.    Defendant Honeywell's Motion for Partial Summary Judgment as to Counts One and Seven (Paper No. 71) is hereby GRANTED;

        3.    Defendant Raytheon's Motion to Dismiss the Cross-Claim by Defendant Honeywell (Paper No. 106) is

        hereby GRANTED;

4. Plaintiffs' Motion for Partial Summary Judgment on Counts Five and Six (Paper No. 57) is hereby GRANTED;

5. Plaintiffs Alkins and Mason shall file a supplemental brief and a proposed order as to the amount of attorneys' fees and costs incurred in their work on Counts Five and Six within 20 days. If Defendants wish to reply, they shall do so within 15 days.

B. That in Civil Action WMN-00-2749:

1. Plaintiffs' Motion for Partial Summary Judgment on Count One (Paper No. 17) is hereby GRANTED;

2. Plaintiffs Emala and Wright shall file a supplemental brief and a proposed order as to the amount of attorneys' fees and costs incurred in their work on Count One within 20 days. If Defendants wish to reply, they shall do so within 15 days.

                                      William M. Nickerson
                                      United States District Judge