IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

**David Mason et.al.**
Plaintiffs                               *

                                         *

                                         *

v.                                       Civil Action No: WMN-00-562
                                         *

**Honeywell International
Inc. et.al.**                            *
    Defendants
*    *    *    *    *    *    *    *    *    *    *

ORDER

It is this __5th__ day of __October__ 2001, ORDERED, ADJUDGED AND DECREED:

The joint Motion to Extend Time for filing a supplemental briefs and a proposed order regarding attorneys fees and costs on Counts Five and Six is granted:

Plaintiffs will file a supplemental brief by October 30, 2001.

Defendant will file a reply brief by November 28, 2001.

_[signature]_
U.S. District Judge

