IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| David L. Mason, et al. | | |
| Plaintiffs, | * | |
| vs. | * | Civil Action No.: WMN-00-562 |
| Honeywell International, Inc., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs, Eleanor and Andrew Mason, and Defendant, Raytheon Company ("Raytheon"), stipulate that the time for Raytheon to respond to plaintiffs' motion for class certification on ERISA claim against Raytheon Company shall be extended until January 7, 2002.

_____
Richard P. Neuworth
Stephen B. Lebau
Lebau & Neuworth, LLC
606 Baltimore Avenue, Suite 201
Towson, Maryland 21204
(410)296-3030

Counsel for Plaintiffs

_____
Charles R. Bacharach
Federal Bar No. 06751
Gordon, Feinblatt, Rothman,
 Hoffberger & Hollander, LLC
233 East Redwood Street
 Baltimore, Maryland 21202
(410)576-4295

Counsel for Raytheon Company

- 2 -

## CERTIFICATE REGARDING SERVICE

I HEREBY CERTIFY that on this 5th day of December, 2001, Stipulation To Extend Time To Respond To Plaintiffs' Motion For Class Certification was served via first class mail, postage pre-paid on William J. Delany, Esquire, Morgan, Lewis & Bockius, LLP 1701 Market Street, Philadelphia, Pennsylvania 19103-2901, attorney for Plaintiffs and to Russell H. Gardner, Esquire and Paul Mallos, Esquire, Piper, Marbury, Rudnick & Wolfe LLP, 6225 Smith Avenue, Baltimore, Maryland 21201-3600.

Charles R. Bacharach
Trial Bar No. 06751
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
(410)576-4295/4169

SO ORDERED:

December 7, 2001

William M. Nickerson
United States District Judge