

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| David L. Mason, et al. | * | |
| Plaintiffs, | * | |
| vs. | * | Civil Action No.: WMN-00-562 |
| Honeywell International, Inc., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION TO EXTEND TIME

Plaintiffs and Defendant, Raytheon Company ("Raytheon"), stipulate to the following extensions of time which the parties believe will aid in the orderly presentation of issues in the litigation:

1. Plaintiffs shall have through February 21, 2002 to file an opposition to Raytheon's motion to dismiss or, in the alternative, for summary judgment.

2. Raytheon shall have until January 28, 2002 to file an opposition to plaintiffs' motion for class certification.

3. Raytheon shall have until sixty (60) days after the Court issues its decision on Raytheon's motion to dismiss to designate its expert witnesses.



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JAN -8 P 2: 15
CLERK'S OFFICE
AT BALTIMORE

_____          _____
Richard P. Neuworth                       Charles R. Bacharach
Stephen B. Lebau                          Federal Bar No. 06751
Lebau & Neuworth, LLC                     Gordon, Feinblatt, Rothman,
606 Baltimore Avenue, Suite 201            Hoffberger & Hollander, LLC
Towson, Maryland 21204                    233 East Redwood Street
(410)296-3030                             Baltimore, Maryland 21202
                                          (410)576-4295
Counsel for Plaintiffs
                                          Counsel for Raytheon Company


SO ORDERED:

January __8__, 2002                       _____
                                          William M. Nickerson
                                          United States District Judge


## CERTIFICATE REGARDING SERVICE

I HEREBY CERTIFY that on this __7th__ day of January 2002, Stipulation To Extend Time was served via first class mail, postage pre-paid on William J. Delany, Esquire, Morgan, Lewis & Bockius, LLP, 1701 Market Street, Philadelphia, Pennsylvania 19103-2901, attorney for Plaintiffs and to Russell H. Gardner, Esquire and Paul Mallos, Esquire, Piper, Marbury, Rudnick & Wolfe LLP, 6225 Smith Avenue, Baltimore, Maryland 21201-3600.

_____
Charles R. Bacharach



# GORDON·FEINBLATT
## ROTHMAN, HOFFBERGER & HOLLANDER, LLC

**CHARLES R. BACHARACH**
410.576.4169
FAX 410.576.4246
cbacharach@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

January 7, 2002

**VIA HAND DELIVERY**
Clerk of the Court
United States District Court for the District of Maryland
Northern Division
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

       Re: David L. Mason, et al. v. Honeywell International, Inc., et al.
         Civil Action No.: WMN-00-562

Dear Clerk:

  Enclosed for filing please find an original and one copy of Raytheon Company's Stipulation to Extend Time, Motion to Dismiss Count VIII, Memorandum in Support of its Motion to Dismiss Count VIII and Order.

  Also, enclosed is a copy which you should date-stamp and return to our waiting messenger.

  Thank you for your assistance in this matter.

            Very truly yours,

            Charles R. Bacharach

CRB
Enclosures