IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

**David L. Mason et.al.**
Plaintiffs                                         *

                                           *

                                           *

v.                                                                          Civil Action No: WMN-00-562
                                           *

**Honeywell International**
**Inc. et.al.**                                    *
    Defendants
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Now it is this _1st_ day of _February_ 2002, ORDERED, ADJUDGED AND DECREED:

Plaintiffs' Motion For An Extension To File A Reply Brief until March 9, 2002 is granted.

_____
U. S. DISTRICT JUDGE

