FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

2002 FEB 21 P 2:45

| | | |
|---|---|---|
| DAVID MASON, et al., | * | |
| Plaintiffs, | * | DEPUTY |
| v. | * | Civil Action No. WMN-00-562 (MBG) |
| HONEYWELL INTERNATIONAL INC., et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## ORDER

AND NOW, this __21st__ day of __February__, 2002, pursuant to the Joint Stipulation of Plaintiffs, Defendant Raytheon Company, and the Defendants Honeywell International Inc., the AlliedSignal Retiree Medical Plan, and the AlliedSignal Salaried Employees Pension Plan (the "Honeywell Defendants"), it is hereby ORDERED that the instant Joint Stipulation is APPROVED.

It is further ORDERED that:

(a) as to Plaintiffs' claims against the Honeywell Defendants, discovery shall close on April 24, 2002, requests for admissions must be complete on or before May 5, 2002, and pre-trial dispositive motions must be filed on or before May 20, 2002; and

(b) the Court shall conduct a telephone conference to address scheduling and other matters, as set forth in the Joint Stipulation, on the __9th__ day of __May__, 2002. at 9:15 a.m. Call to be initiated by counsel for plaintiff.

By the Court:

_William M. Nickerson_
William M. Nickerson, U.S.D.J.