IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

David L. Mason, et al.          *

          Plaintiffs,    *

vs.                              *     Civil Action No.: WMN-00-562

Honeywell International, Inc., et al.    *

          Defendants.    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATED EXTENSION OF TIME

Plaintiffs and Defendant Raytheon Company ("Raytheon") stipulate that the time for Raytheon to file a reply to the Plaintiff's opposition to Raytheon's motion to dismiss, or, in the alternative, for summary judgment, shall be extended from March 7, 2002 until March 15, 2002.

The requested extension of time will not affect any other deadline scheduled by the Court.



- 2 -

_____
Richard P. Neuworth
606 Baltimore Avenue, Suite 201
Towson, Maryland 21204
(410)296-3030

Counsel for the Plaintiffs

_____
Charles R. Bacharach
Federal Bar No. 06751
Gordon, Feinblatt, Rothman,
Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
(410)576-4169

Counsel for Raytheon Company

So Ordered:

__2/28/__, 2002

_____
William M. Nickerson
United States District Judge