IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DAVID MASON, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. WMN-00-562 (MBG) |
| HONEYWELL INTERNATIONAL INC., et al., | * | |
| | * | |
| Defendants. | | |
| | * | |

**ORDER**

AND NOW, this **23rd** day of **April**, 2002, pursuant to the Joint Stipulation of Plaintiffs, Defendant Raytheon Company, and the Defendants Honeywell International Inc., the AlliedSignal Retiree Medical Plan, and the AlliedSignal Salaried Employees Pension Plan (the "Honeywell Defendants"), it is hereby ORDERED that the instant Joint Stipulation is APPROVED.

It is further ORDERED that:

(a) as to Plaintiffs' claims against the Honeywell Defendants, discovery shall close on June 24, 2002, requests for admissions must be completed on or before July 8, 2002, and pre-trial dispositive motions must be filed on or before July 19, 2002; and

(b) at 9:15 a.m. on May, 9 2002, in a call that will be initiated by counsel for Plaintiffs, the Court shall conduct a telephone conference to address scheduling and other matters, as set forth in the Joint Stipulation.

By the Court:

_____
William M. Nickerson, U.S.D.J.