IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID MASON, et al. | : | |
| | : | |
| v. | : | Civil Action WMN-00-562 |
| | : | |
| HONEYWELL INTERNATIONAL INC., et al. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| LEONARD EMALA, et al. | : | |
| | : | |
| v. | : | Civil Action WMN-00-2749 |
| | : | |
| HONEYWELL INTERNATIONAL INC., et al. | : | |

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 26th day of April, 2002, by the United States District Court for the District of Maryland, hereby ORDERED:

A.  That in Civil Action WMN-00-562:

   1.  Plaintiffs' Motion for Attorneys' Fees and Costs (Paper No. 130) is hereby GRANTED;

   2.  Defendant Raytheon's Motion to Dismiss Count VIII, or in the Alternative for Summary Judgment (Paper No. 141) is hereby GRANTED;

   3.  Plaintiffs' Motion for Class Certification of Count VIII (Paper No. 131) is hereby DENIED AS MOOT;

  4. Plaintiffs' Motion for Defendant's Billing Records (Paper No. 134) is hereby DENIED;

  5. Plaintiffs' Motion for Leave to File Reply to Opposition to Motion for Attorneys' Fees and Costs (Paper No. 135) is hereby GRANTED;

  6. Plaintiffs' Motion to Strike Surreply (Paper No. 144) is hereby DENIED;

B. That in Civil Action WMN-00-2749:

  1. Plaintiffs' Motion for Attorneys' Fees and Costs (Paper No. 42) is hereby GRANTED;

  2. Plaintiffs' Motion for Defendant's Billing Records (Paper No. 45) is hereby DENIED;

  3. Plaintiffs' Motion for Leave to File Reply to Opposition to Motion for Attorneys' Fees and Costs (Paper No. 46) is hereby GRANTED;

  4. Plaintiffs' Motion to Strike Surreply (Paper No. 53) is hereby DENIED;

C. That Defendant Honeywell is hereby ORDERED to pay Plaintiffs the amount of $106,126.05 in attorneys' fees and the amount of $2,000.45 in expenses, as the combined fees and expenses in Civil Action WMN-00-562 and Civil Action WMN-00-2749;

D. That the Clerk of the Court shall mail or transmit

copies of this Memorandum and Order to all counsel of record.

                                                          _____
                                                          William M. Nickerson
                                                          United States District Judge