IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

DAVID MASON, et al.,                *

        Plaintiffs,            *

        v.                     *     Civil Action No. WMN-00-562 (MBG)

HONEYWELL INTERNATIONAL             *
  INC., et al.,
                               *
        Defendants.
                               *

## ORDER

AND NOW, this __13th__ day of __June__, 2002, pursuant to the Joint Stipulation of Plaintiffs and the Defendants Honeywell International Inc., the AlliedSignal Retiree Medical Plan, and the AlliedSignal Salaried Employees Pension Plan, it is hereby ORDERED that the instant Joint Stipulation is APPROVED.

It is further ORDERED that the deadline set forth in the Court's Order of May 30, 2002 shall be extended to July 15, 2002.

By the Court:

William M. Nickerson, U.S.D.J.