IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

DAVID MASON, et al.,                *

        Plaintiffs,            *

           v.                   *   Civil Action No. WMN-00-562 (MBG)

HONEYWELL INTERNATIONAL             *
  INC., et al.,
                                    *
        Defendants.
                                    *

## ORDER

AND NOW, this 11th day of July, 2002, pursuant to the Joint Stipulation of Plaintiffs and the Defendants Honeywell International Inc. and the AlliedSignal Salaried Employees Pension Plan, it is hereby ORDERED that the instant Joint Stipulation is APPROVED.

It is further ORDERED that:

(a) the dispositive motion deadline set forth in the Court's Order of April 23, 2002 shall be extended to September 17, 2002; and

(b) the deadline set forth in the Court's Order of June 13, 2002 shall be extended to September 13, 2002.

By the Court:

_____
William M. Nickerson, U.S.D.J.