IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID MASON, et al.          :

v.                           :   Civil Action WMN-00-562

HONEYWELL INT. INC., et al.  :

## ORDER

It having been brought to this Court's attention that, because the instant case is a class action lawsuit, the settlement cannot be finalized until the Court reviews the settlement agreement and conducts a fairness hearing, IT IS this 24th day of September, 2002, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That the September 3, 2002 order dismissing the case (Paper No. 165) is hereby VACATED;

2. That the instant action is reopened for the purpose of conducting the fairness hearing and review of the settlement agreement; and

3. That the Clerk of the Court shall mail or transmit copies of this order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge