IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID MASON, et al.          :
                             :
v.                           :   Civil Action WMN-00-562
                             :
HONEYWELL INT. INC., et al.  :

## ORDER

Upon consideration of the Class Plaintiffs' Motion for Preliminary Approval of Proposed Settlement with Defendants Honeywell International Inc., the AlliedSignal Retiree Medical Plan, and the AlliedSignal Salaried Employees Pension Plan (the "Honeywell Defendants") and for Approval of the Form and Manner of Notice, dated September 12, 2002, the attachments thereto, and the submissions of the parties, IT IS this  24th  day of September, 2002, by the United States District Court for the District of Maryland, hereby ORDERED:

1.  That upon review of the record, the Court finds that the proposed settlement between the Class and the Honeywell Defendants, which was arrived at by arm's-length negotiations by experienced counsel, falls within the range of possible approval, and is hereby preliminarily APPROVED;

2.  That the attached Notice of Proposed Settlement and Hearing Regarding Settlement is likewise APPROVED for dissemination to the Class. As soon as practicable following entry of this Order, Counsel for the Class shall cause the full

Notice to be mailed by first class mail to all Class members at their last known address;

3. That a hearing shall be held before the undersigned judge on December 13 at 2:15 pm, 2002 (the "Fairness Hearing") for the purpose of considering whether to approve the proposed settlement between the Class and Honeywell Defendants as fair, reasonable, adequate, and in the best interests of the Class. The hearing may be rescheduled or continued; in this event, the Court will furnish all counsel with appropriate notice;

4. That class members who wish to object or otherwise be heard with respect to the proposed settlement, or to appear in person at the Fairness Hearing should first send a Notice of Intention to Appear and a Summary Statement outlining the position(s) to be asserted and the grounds therefore, together with copies of any supporting papers or briefs, via first class mail, postage prepaid, to the Office of the Clerk of this Court, with copies to Class Counsel, and these submissions should be postmarked no later than fourteen (14) days prior to the Fairness Hearing; and

5. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge