IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **David L. Mason et. al.** | * |
| PLAINTIFFS | * |
| v. | *   Civil Action No: WMN-00-562 |
| **Honeywell International Inc. et. al.** | * |
| DEFENDANTS | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs David Mason, Eleanor Mason and Andrew Mason and Defendants Honeywell International Inc. et. al., through their attorneys, hereby stipulate to dismiss the above-captioned case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

_____
Richard P. Neuworth
Lebau & Neuworth, LLC
606 Baltimore Avenue #201
Baltimore, Maryland 21209
(410) 296-3030

Attorneys for Plaintiffs

_____
Russell Gardner
Paul Mallos
Piper Rudnick
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

Mark S. Dichter
Michael L. Banks
William J. Delany
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5299

Attorneys for Defendants

APPROVED this 29th DAY OF January, 03
_____
SENIOR UNITED STATES JUDGE