IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)



FEB 5 - 2003

| | | |
|---|---|---|
| **David L. Mason et. al.** | * | |
| | * | |
| PLAINTIFFS | * | |
| | * | |
| v. | * | Civil Action No: WMN-00-562 |
| | * | |
| **Honeywell International Inc. et. al.** | * | |
| | * | |
| DEFENDANTS | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**REVISED STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs David L. Mason, Eleanor L. Mason, Andrew Mason, Brian Alkins, Diane Alkins, Matthew C. Alkins, Suzanne M. Alkins and Andrew M. Alkins and Defendants Honeywell International Inc. et. al., through their attorneys, hereby stipulate to dismiss the above-captioned case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

_____
Richard P. Neuworth
Lebau & Neuworth, LLC
606 Baltimore Avenue #201
Baltimore, Maryland  21209
(410) 296-3030

Attorneys for Plaintiffs

_____
Russell Gardner
Paul Mallos
Piper Rudnick
6225 Smith Avenue
Baltimore, Maryland  21209
(410) 580-3000

Mark S. Dichter
Michael L. Banks
William J. Delany
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5299

Attorneys for Defendants

APPROVED THIS 5th DAY OF February, 2003

_____
SENIOR UNITED STATES DISTRICT JUDGE

